## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| WYATT CANON, | ) | |
| | ) | Civil Action No. 05 - 1599 |
| Plaintiff, | ) | |
| | ) | Judge Joy Flowers Conti / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| DUSTIN STONER; CLINT SARVER; | ) | |
| EDWARD FIKE; and RICHARD | ) | |
| SARVER; | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At a status conference held November 1, 2007, the Court established a deadline of

January 31, 2007 for the filing of dispositive motions.  On January 30, 2007, defendants were

granted an extension until March 2, 2007.  No dispositive motions have been filed.  Therefore,

**IT IS HEREBY ORDERED** this 15th day of March, 2007, that Plaintiff's pretrial

narrative statement be filed no later than **April 15, 2007.**

**IT IS FURTHER ORDERED** that Defendant's pretrial narrative statement shall be filed

no later than **May 15, 2007.**

**IT IS FURTHER ORDERED** that all pretrial statements must comply with Local Rule

16.1.4.A.

**IT IS FURTHER ORDERED** that if the parties wish to consent before this Magistrate

Judge, they shall complete the attached form and file it with the Clerk of Court no later than

**March 29, 2007.**  The Court notes that **ALL** parties must sign the consent form before the

document is filed.

**IT IS FURTHER ORDERED** that if any party **DOES NOT** wish to consent, the parties

shall file a joint stipulation requesting the case be returned to the District Judge no later than

**March 29, 2007.**  This stipulation **SHOULD NOT** indicate which parties wished to consent and

which did not.

 s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:     All counsel of record.